# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CATALENT, INC.,<br><br>     Plaintiff,<br><br>v.<br><br>ILLINOIS UNION INSURANCE COMPANY; and CHUBB GROUP HOLDINGS, INC.,<br><br>     Defendants. | Civil Action No.: 3:25-cv-02983-NZQ-JTQ<br><br>**RULE 41(a) NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**PLEASE TAKE NOTICE** that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Petitioner Catalent, Inc. hereby voluntarily dismisses this action without prejudice.

Defendants have not answered or moved for summary judgment.

Dated: April 23, 2025

**LOWENSTEIN SANDLER LLP**

By: /s/ *Lynda A. Bennett*
  Lynda A. Bennett
  Heather Weaver
  Daniel W. Borneman
  One Lowenstein Drive
  Roseland, NJ 07928
  lbennett@lowenstein.com
  hweaver@lowenstein.com
  dborneman@lowenstein.com

*Attorneys for Plaintiff Catalent, Inc.*

**SO ORDERED.**

s/ Zahid N. Quraishi
ZAHID N. QURAISHI
UNITED STATES DISTRICT JUDGE

DATED: 04/24/2025